**564**

Mary M. Smeltz, Appellant, Respondent, v. Buffalo Police Mutual Aid and Benefit Association, Respondent, Appellant.— Order affirmed, without costs. All concur. (The order sets aside a verdict for plaintiff for $2,000 in an action to recover death benefit under a life insurance certificate and orders a new trial.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Clarence H. Klein, Appellant, v. Metropolitan Life Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies a motion for summary judgment in an action to recover death benefit under an accident insurance policy, where the last premium had been paid by a stranger to the contract.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

James L. Clark, Respondent, v. The State of New York, Appellant (Claim No. 18581.) — Judgment affirmed, with costs. All concur. (The judgment awards damages where a Barge canal bridge was lifted without warning damaging claimant's automobile and causing personal injuries.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Albert I. Gilbert, as Administrator, etc., of Thomas C. Gilbert, Deceased, Appellant, v. William H. Garling and Another, Respondents.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an automobile negligence action.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

James Stapleton, as Administrator, etc., of Joseph D. Stapleton, Deceased, Appellant, v. William H. Garling and Another, Respondents.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an automobile negligence action.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Sarah A. Roberts, Appellant, Respondent, v. Elizabeth Owens Kline and Another, Respondents, Appellants.— Judgment affirmed, without costs. Certain conclusions of law modified. All concur. (The judgment adjudges the validity of a deed as a gift *inter vivos* but annuls a bill of sale of personalty.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

Union Trust Company of Rochester, Appellant, v. Main and South Streets Holding Corporation, Respondent.— Appeal dismissed, without costs. Memorandum. In view of the decision made herewith in the above-entitled action (245 App. Div. 369), reversing the order denying defendant's motion to dismiss the complaint upon the ground that it fails to state facts sufficient to constitute a cause of action, and granting said motion, this appeal from the order granting defendant an additional time within which to answer said complaint becomes academic. The appeal, therefore, should be dismissed upon that ground. All concur. (The order granted an extension of time to answer.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

The State Bank of Williamson, as Successor Trustee under a Certain Trust Indenture and Mortgage, Plaintiff, v. Lamoka Power Corporation and Others, Defendants. In the Matter of the Petition of Wadsworth & Olmstead, Incorporated, to Compel Olif L. Tassell, as Receiver, etc., to Pay Its Claim for Premiums Due on Workmen's Compensation Insurance.— Motion for leave to appeal to the Court of Appeals granted and questions for review certified. [See 245 App. Div. 202.] Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.